Approved: *Stephanie Simon* (signature)
STEPHANIE SIMON
Assistant United States Attorney

Before: THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - x

22mj4395

UNITED STATES OF AMERICA        :   **COMPLAINT**

— v. —                          :   Violations of
                                    18 U.S.C. §§ 922(g)(1)
ERIC BOLTON,                    :   and (2)

        Defendant.              :   COUNTY OF OFFENSE:
                                    WESTCHESTER

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

MATTHEW MAHAFFEY, being duly sworn, deposes and says that he is a Special Agent of the Federal Bureau of Investigation ("FBI"), and charges as follows:

COUNT ONE
(Felon in Possession of a Firearm)

1.    On or about April 18, 2022, in the Southern District of New York and elsewhere, ERIC BOLTON, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a Taurus G2S 9mm handgun (serial number TLU40394), and the firearm was in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2.    I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law

enforcement agents, and my examination of photographs, reports, and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and photographs, and the actions, statements and conversations of others are reported herein, they are reported in substance and in part.

3. Based on my review of court and criminal history records pertaining to ERIC BOLTON, the defendant, as well as information obtained from the U.S. Probation Office ("Probation"), I have learned, among other things, the following:

a. BOLTON has multiple prior felony convictions. Most recently, on or about March 6, 2017, BOLTON pleaded guilty in this District to a two-count felony information charging conspiracy to distribute and possess with the intent to distribute crack cocaine and MDMA, in violation of Title 21, United States Code, Section 846, and using and carrying a firearm in furtherance of that narcotics conspiracy, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). *See United States v. Eric Bolton*, No. 16 Cr. 372 (VEC) (S.D.N.Y.). On or about June 13, 2018, BOLTON was sentenced to time served, resulting in approximately 26 months' imprisonment, and five years' supervised release. *See id.*, ECF No. 203.

b. BOLTON's term of federal supervised release began on or about June 13, 2018. As a condition of BOLTON's federal supervision, BOLTON is required to submit his person, residence, and any property under his control to a search on the basis that Probation has reasonable belief that contraband or evidence of a violation of the conditions of BOLTON's release may be found.

4. Based on my participation in this investigation, my discussions with other law enforcement officers, and my review of reports and records, I have learned the following, in substance and in part:

a. ERIC BOLTON, the defendant, told the Probation officer supervising him ("Probation Officer-1") that he was residing at an apartment in Yorktown, New York ("Apartment-1"), and that Apartment-1 belonged to his girlfriend ("Individual-1").

b. Based on information obtained from the Peekskill Police Department, Probation Officer-1 had reason to believe that BOLTON was engaged in narcotics trafficking and was keeping a firearm.

2

    c. On or about April 18, 2022, at approximately 6:00 a.m., Probation Officer-1, other Probation officers, and other law enforcement officers conducted a search of Apartment-1. BOLTON and Individual-1, as well as Individual-1's minor children, were present at the search. The officers conducting the search found, in a hamper in the bedroom shared by BOLTON and Individual-1, a white and grey backpack (the "Backpack"). Inside the Backpack, law enforcement found, among other things, a debit card in BOLTON's name and a firearm, which was later determined to be a Taurus G2S 9mm handgun, serial number TLU40394 (the "Firearm"), loaded with seven rounds of ammunition.

    d. After the Firearm was recovered, Individual-1 stated, in substance and in part, that there was not a gun in the bedroom and that she did not have a gun.

    5. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of reports and records, I am aware that photographs of the Firearm were submitted to a Senior Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). The ATF Senior Special Agent concluded that the Firearm was manufactured outside of New York State.

    WHEREFORE, the deponent respectfully requests that ERIC BOLTON, the defendant, be arrested, and imprisoned or bailed, as the case may be.

/S/ Matthew Mahaffey by JCM w/permission
_____
MATTHEW MAHAFFEY
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of this Complaint by reliable electronic means, pursuant to Federal Rule of Criminal Procedure 4.1 on this 18th day of May, 2022

_____
THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK