UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ERIC BOLTON,<br><br>        Defendant. | No. 22-CR-330 (KMK)<br><br>AMENDED MOTION<br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

    Trial of this case will now begin on May 1, 2023, at 10:00 A.M. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    The Parties' motions *in limine*, proposed jury instructions, voir dire, and proposed verdict form are due by April 14, 2023 (two weeks prior to trial).

    The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law by March 24, 2023 (five weeks prior to trial).  Defendant shall file a response to the Government's 404(b) motion by April 14, 2023 (two weeks prior to trial).  The Government shall file its rely by April 21, 2023 (one week prior to trial).

    Oppositions to motions *in limine* are due by April 21, 2023 (one week prior to trial). Failure to object will waive any subsequent objections.

    The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by April 7, 2023 (three weeks prior to trial).

    The Government shall produce to Defendant pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by March 24, 2023 (five weeks prior to trial).

    The Court will hold a final pre-trial Conference on April 27, 2023 at 3:30 P.M.

Time is excluded from the Speedy Trial Act until May 1, 2023, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: February 14, 2023
White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE