UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

ERIC BOLTON,

                       Defendant.
------------------------------------------------------------x

**MEMORANDUM**

22 Cr. 330 (KMK)

TO:  Kenneth M. Karas, United States District Judge:

     Please find attached a transcript of the March 22, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 14, 2023
       White Plains, New York

                                              Respectfully Submitted,

                                              *[signature]*

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge