Case 7:22-cr-00330-KMK   Document 29   Filed 12/04/23   Page 1 of 14

RECEIVED DEC 04 2023 U.S.D.C. W.P.
RECEIVED DEC 04 2023 PRO SE OFFICE

Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

United States District Court
For The
Southern District of New York

Name (Under which you were Convicted): Eric Bolton

Docket or Case No.: 22-CR-00330(KMK)

Place of Confinement: MDC Brooklyn

Prisoner No.: 77347-054

United States of America

v.

Movant (include Name under which convicted): Eric Bolton

Motion 1. (A) Name and Location of court that entered the judgement of conviction you are challenging:

(B) Criminal docket or case number (if you know): 22-CR-00330(KMK)

2. (A) Date of the judgement of conviction (if you know): 10/02/2023
(B) Date of Sentence: 08/01/2023

3. Length of sentence: 27 Months
4. Nature of Crime (All Counts): Felon In Possession of A Firearm

5. (A) What was your plea? (Check One)
   (1) Not Guilty ☐   (2) Guilty ☑   (3) Nolo contendere (No Contest) ☐

   (B) If you entered a plea of guilty to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check One)
   ☐ Jury   ☐ Judge Only

7. Did you testify at a pre-trial hearing, trial, or post-trial hearing?
   ☐ Yes   ☑ No

8. Did you appeal from the judgement of conviction? ☐ Yes ☑ No

9. If you did appeal, answer the following:
   (A) Name of court:
   (B) Docket or case number (If you know):
   (C) Result:
   (D) Date of Result (If you know):
   (E) Citation to the case (If you know):
   (F) Grounds raised:
   (G) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No
   If yes answer the following:
   (1) Docket or case number (If you know):

(2) Result
(3) Date of Result (if you know)
(4) Citation to the case (if you know)
(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgement of conviction in any court? ☐ Yes ☑ NO

11. If your answer to Question 10 was "Yes," give the following information:
(A)(1) Name of Court:
(2) Docket or case number (if you know):
(3) Date of filing (if you know):
(4) Nature of the proceeding:
(5) Grounds Raised:
(6) Did you receve a hearing where evidence was given on your motion, petition, or application? ☐ Yes ☑ NO
(7) Result:
(8) Date of Result:
(B) If you filed any second motion, petition, or application, give the same information:
(1) Name of Court:
(2) Docket or case number (if you know):
(3) Date of filing (if you know):
(4) Nature of Proceeding:
(5) Grounds Raised:
(6) Did you recieve a hearing where evidence was given on your motion, petition, or application: ☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(C) Did you appeal to a federal appellate court having jurisdiction over the action taken on you motion, petition, or application?

(1) First Petition: ☐ Yes ☑ NO

(2) Second Petition: ☐ Yes ☑ NO

(D) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: My lawyer Stephen Lewis would not assist me with this matter and stated I would have to seek help from a different lawyer, he wont provide any help for me if I appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 922(G)(1) Violates my 2nd Admendment Constitutional Right per, Bruen, Range, McDonald, Bullock

(A) Supporting facts (Do Not argue or site law. Just state the specific facts that support your claim): I am a part of the people, protected by the 2nd Admendment, I'm a U.S citizen, I was obeying the law, going to school, full time job, & 2nd Admendment allows me to keep and have a firearm in my home for self defense & to protect my family.

(B) Direct Appeal of Ground One:

(1) If you appealed from the judgement of conviction, did you raise

this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why? My lawyer Mr. Lewis stated he would not assist me with any appeal I would have to do it on my own or with the help of someone other than him.

(C) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application? ☐ Yes ☒ No

(2) If you answer to Question (c)(1) is "Yes", state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or Case Number (if you know):

Date of the courts decision:

Result (Attach a copy of the courts opinion or order, if available):

(3) Did you recieve a hearing on your motion, petition, or application? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion, petition, or application? ☐ Yes ☒ No

(5) If your answer to Question (c)(4) is "Yes", did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (c)(4) is "Yes", state:

Name and location of the court where the appeal was filed:

Docket or Case number (if you know):

Date of the court's decision:
Result (attach a copy of the courts opinion or order, if available):

(7) If you answer to Question (c)(4) or Question (c)(5) is "NO," explain why you did not appeal or raise this issue: I did not appeal because my lawyer wouldn't provide assistance and this issue was brought up at sentencing.

GROUND TWO: Illegal Search and Seizure by Probation and Yorktown PD, Peekskill PD & Westchester task force. Placing them in violation of my forth Admendment Constitutional Right

(A) Supporting facts (Do Not argue or cite law. Just state the specific facts that support your claim.): There was no search warrant, the address that was searched was not my residence on file with probation and I never asked nor told probation that I was changing my address. Probation Never did any Residence Verification or approved of me changing locations to live at.

(B) Direct Appeal of Ground two:
(1) If you appealed from the judgement of conviction, did you raise this issue? ☐ Yes ☒ No
(2) If you did not raise this issue in your direct appeal, explain why: Lawyer wouldnt provide assistance.

(C) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application? ☐ Yes ☒ No

(2) If your answer to Question (c)(1) is "Yes", state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the courts decision:
Result (Attach a copy of the courts opinion or order, if available:

(3) Did you receive a hearing on your motion, petition, or application?
☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion, petition, or application?
☐ Yes  ☑ No

(5) If you answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes  ☐ No

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or Case Number (if you know):
Date of the Courts Decision:
Result (Attach a copy of the court's opinion or order if available)

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My lawyer would not provide me with assistance with an appeal.

GROUND THREE: Ineffective Representation of Counsel & Violation of my Sixth Admendment Right

(A) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): My lawyer would not put in a motion to suppress evidence I tryed to place one on my own behalf. My lawyer would not challenge the search or anything I asked. The search was illegal, I asked for a speedy trial & my lawyer failed to do any job I asked. My Girlfriend told my lawyer the gun was hers before charges were brought on me in your court.

(B) Direct Appeal of Ground Three:
(1) If you appealed from the judgement of conviction, did you raise this issue? ☐ Yes ☑ No
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:
Docket or Case Number (if you know):
Date of Court Decision:
Result (Attach a copy of the Courts opinion or order, if available):
(3) Did you recieve a hearing on your motion, petition, or application?
☐ Yes ☑ No
(4) Did you Appeal from the denial of your motion, petition, or application?
☐ Yes ☑ No

(5) If you answered to Question (c)(4) "Yes", did you raise this issue in the appeal ☐ Yes ☒ No

(6) If your answer to Question (c)(4) is "Yes", state:
Name and Location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the courts decision:
Result (Attach a copy of the courts opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No", explain why you did not appeal or raise this issue: My lawyer would not assist in the appeal process.

Ground Four: Inadequate Representation of counsel

(A) Supporting Facts (Do Not Argue Or Cite law. Just state the specific facts that support your claim): Failed to object to errors in my PSR/PSI. My Criminal history was not correct & I should have been in a lower catagory & lower offense level. Which would have resulted in less time.

(B) Direct Appeal of Ground Four:

(1) If you appealed from the judgement of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post conviction motion, petition, or application? ☐ Yes ☒ No
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and Location of the court where the motion or petition was filed:

Docket or Case Number (if you know):
Date of the Court Decision:
Result (Attach a copy of the courts opinion or order, if ~~applica~~ available):
(3) Did you recieve a hearing on your motion, petition, or application? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion, petition, or application? ☐ Yes ☒ No
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (c)(4) is "Yes," state:
Name and Location of the Court where the appeal was filed:
Docket or Case Number (if you know):

Date of the Courts decision:
Result (Attach a copy of the court's opinion or order, if available):

7. If your answer to Question (c)(4) or Question (c)(5) is "NO," explain why you did not appeal or raise this issue: My Lawyer Stephen Lewis would not assist me with this matter.

13. Is there any grounds in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgement you are challenging? ☐ Yes ☑ No
If "yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgement you are challenging:
(A) At preliminary hearing: Richard Willstater
(B) At arraignment and plea: Elizibeth Quinn & Stephen Lewis
(C) At trial:

(D) At Sentencing: Stephen Lewis
(E) On Appeal: N/A
(F) In any post-conviction proceeding: N/A
(G) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☑ No

17. Do you have any future sentence to serve after you complete the sentence for the judgement that you are challenging. ☐ Yes ☑ No
(A) If so, give name and location of the court that imposed the other sentence you will serve in the future:

(B) Give the date the other sentence was imposed:
(C) Give the length of the other sentence:
(D) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgement ~~or sentence of conviction became final over one year ago, you~~ or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF MOTION: If your judgement of conviction became final over one year ago, you must explain why the one year statute of limitations as contained in 28 USC 2255 does not bar your motion.

Therefore, movant ask the court to grant the following relief: Vacate or dissmiss charges.

or any other relief to which movant may be entitled.

                                      Pro Se
                               Signature of Attorney (if Any)

I declare (or certify, verify, or state) under penalty of perjury that the forgoing is true and correct and that this Motion Under 28 U.S.C. 2255 was placed in the prison mailing system on 11/19/2023 (month, date, year). Executed (Signed) on 11/19/2023     (Date).

                              Eric Bolton
                              _[signature]_
                              Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.





RECEIVED DEC 04 2023 U.S.D.C. W.P.



Clerk of the United States of America
Southern District of New York
300 Quarropas St
White Plains, NY 10601



USM WP SDNY